**JOHN TREBON**
**JOHN TREBON, P.C.**
308 N. Agassiz
Flagstaff, Arizona 86001
(928) 779-1713
jtrebonlaw@gmail.com

Attorney for Fydel Jones
AZ. State Bar No. 005375

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> vs.<br><br>Fydel Anthony Jones,<br><br>   Defendant. | Case No.: CR-17-08256- JJT<br><br>**STIPULATION REGARDING JURY POOL** |

  Counsel for Fydel Jones, John Trebon, advises the Court that he has conferred with the attorney for the United States, Alexander Samuels, and that the parties have agreed and stipulated to the Prescott Jury Pool because the case arose from Northern Arizona.

  Respectfully submitted this   20th  day of November, 2017
         **JOHN TREBON, P.C.**


      By:   s/ John Trebon_____
        John Trebon
        Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

Certificate of Service
I hereby certify that in this date of November 20, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following Cm/ECF registrants:

Clerk of Court
United States District Court

Assistant U.S. Attorney
Alexander W. Samuels
Alexander.Samuels@usdoj.gov

s/Jan Bollhoefer

JOHN TREBON, P.C.
308 N. Agassiz
Flagstaff, Arizona 86001